UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ROBBIE CHRISTY** | ) |
| | ) |
| v. | )  No. 3:22-cv-509 |
| | ) |
| **KILOLO KIJAKAZI** | ) |
| **Commissioner of Social Security** | ) |

## ORDER

Magistrate Judge Holmes has entered a Report and Recommendation (Doc. No. 22) in which she recommends that Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) be denied and that the Commissioner's decision denying Plaintiff's claims for Disability Insurance Benefits and Supplemental Security Income be affirmed. No objections to the Report and Recommendation have been filed. Having conducted the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Doc. No. 22) is hereby **ACCEPTED** and **APPROVED**; Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) is **DENIED**; and the Commissioner of Social Security's decision to deny benefits is **AFFIRMED**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure and close this file.

It is SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE